UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SARA FOLEY,<br><br>   Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>   Defendant. | Case No. 2:21-cv-01538-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Defendant's First Motion to Extend Time to Respond to Plaintiff's Complaint.  ECF No. 4.  On August 26, 2021, the Court ordered Plaintiff to advise the Court "no later than the close of business on Monday, August 30, 2021, if she opposes Defendant's Motion."  ECF No. 7.  No response was filed.  Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Extend Time to Respond to Plaintiff's Complaint is GRANTED.  Defendant's response to Plaintiff's Complaint shall be due on or before **September 16, 2021.**

Dated this 3rd day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1