1  MICHAEL A. OLSEN, ESQ.
   Nevada Bar No. 6076
2  THOMAS R. GROVER, ESQ.
   Nevada Bar No. 12387
3  **BLACKROCK LEGAL, LLC**
4  10155 W. Twain Ave., Suite 100
   Las Vegas, NV 89147
5  Office: (702) 855-5658
   Fax: (702) 869-8243
6  mike@blackrocklawyers.com
7  tom@blackrocklawyers.com
   *Attorneys for Plaintiff*
8

                    **UNITED STATES DISTRICT COURT**

                         **DISTRICT OF NEVADA**

| | |
|---|---|
| SARA FOLEY, in her capacity as Administrator of the Estate of NOEL MARTINEZ, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A. <br><br> Defendants. | Case No.: 2:21-cv-01538-RFB-EJY <br><br> **STIPULATION TO EXTEND DEADLINE TO OPPOSE DEFENDANT WELLS FARGO, N.A.'S MOTION TO DISMISS COMPLAINT** <br><br> **(FIRST REQUEST)** |

    Pursuant to LR IA 6-1, Plaintiff SARA FOLEY (hereafter "Plaintiff"), and Defendant WELLS FARGO BANK, N.A. (hereafter "Defendant") stipulate to extend the deadline of Plaintiff's opposition to *Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Complaint* (hereafter "Motion to Dismiss"). The Motion to Dismiss was filed by Defendant on September 16, 2021. Local Rule IA 6-1(a) provides that a "stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted." Plaintiff is seeking an extension due to some health issues that have hampered counsel's ability to formulate the opposition. This is the first request to extend the time to respond to the Motion to Dismiss. Finally, Local Rule IA 6-1(c) requires a stipulation to state "in its opening paragraph the filing date of the subject motion." As previously mentioned, the Motion to Dismiss was filed on September 16, 2021.

Therefore, Plaintiff and Defendant hereby agree and stipulate as follows:

1. Plaintiff's Opposition to *Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Complain* shall be due on Friday, October 8, 2021; and

2. Thereafter, briefing shall proceed according to LR 7-2.

IT IS SO STIPULATED.

DATED: September 29, 2021                                   DATED: September 29, 2021

By: */s/ Michael A. Olsen, Esq.*                             By: */s/ Kelly H. Dove, Esq.*
    MICHAEL A. OLSEN, ESQ.                                       KELLY H. DOVE, ESQ.
    Nevada Bar No. 6067                                          Nevada Bar No. 10569
    THOMAS R. GROVER, ESQ.                                       TANYA N. LEWIS, ESQ.
    Nevada Bar No. 12387                                         Nevada Bar No. 8855
    BLACKROCK LEGAL, LLC                                         SNELL & WILMER L.L.P.
    10155 W. Twain Ave., Ste. 100                                3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, NV 89147                                          Las Vegas, NV 89169

## IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of September, 2021.

2

**To:** Keith Routsong
**Subject:** Foley V. Wells Fargo

---

**From:** Dove, Kelly <kdove@swlaw.com>
**Sent:** Wednesday, September 29, 2021 9:37 AM
**To:** Keith Routsong <keith@blackrocklawyers.com>; Lewis, Tanya <tlewis@swlaw.com>
**Cc:** Thomas Grover <tom@blackrocklawyers.com>
**Subject:** RE: Foley V. Wells Fargo

Hello Keith,

You may e-sign for me. And it's no problem. We tend to be pretty laid-back about this kind of thing.

Feel better.
Kelly

Kelly H. Dove   I   Snell & Wilmer L.L.P.   I   P: (702) 784-5286   I   F: (702) 784-5252