1  Nicole G. True, Bar No. 12879
   NTrue@lewisroca.com
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   201 East Washington Street, Suite 1200
3  Phoenix, AZ  85004
   Tel:     602.262.5311
4  Fax:    602.262.5747

5  Brian D. Blakley, Bar No. 13074
   BBlakley@lewisroca.com
6  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
7  Las Vegas, NV  89169
   Tel:     702.949.8200
8  Fax:    702.949.8398

9  Attorneys for Transamerica

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| SARA FOLEY, in her capacity as Administrator of the Estate of NOEL MARTINEZ, | CASE NUMBER. 2:21-cv-01538-RFB-EJY |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR TRANSAMERICA TO RESPOND TO AMENDED COMPLAINT** |
| v. | |
| WELLS FARGO BANK, N.A.; TRANSAMERICA, et al., | |
| Defendants. | |

Plaintiff Sara Foley and Defendant Transamerica stipulate and agree that Transamerica may have an extension of time to file its response to the Amended Complaint.  Transamerica requested and Plaintiff agreed to this extension so as to allow Transamerica's counsel to collect and review the documentation necessary to respond to the Amended Complaint.  With the requested extension, Transamerica's response will be due December 15, 2021.

DATED this 29th day of November, 2021.

/././

/././

/././

/././

116114970.1

| | |
|---|---|
| FORTRESS LAW AND REALTY<br><br>By: /s/ _____<br>  Keith Routsong<br>  keith@fortresslawandrealty.com<br>10000 West Charleston Boulevard, Suite 130<br>Las Vegas, NV  89135<br><br>BLACKROCK LEGAL, LLC<br><br>By: /s/ *Thomas R. Grover (with permission)*<br>  Michael A. Olsen<br>  mike@blackrocklawyers.com<br>  Thomas R. Grover<br>  tom@blackrocklawyers.com<br>10155 West Twain Avenue, Suite 100<br>Las Vegas, NV  89147<br>Tel:  702.855.56.58<br>Fax:  702.869.8243<br>Attorneys for Plaintiff | LEWIS ROCA ROTHGERBER CHRISTIE LLP<br><br>By: */s/ Nicole G. True*<br>  Nicole G. True, Bar No. 12879<br>  NTrue@lewisroca.com<br>  Brian D. Blakley, Bar No. 13074<br>  BBlakley@lewisroca.com<br>201 East Washington Street, Suite 1200<br>Phoenix, AZ  85004<br>Tel.: 602.262.5311<br>Fax: 602.262.5747<br><br>Attorneys for Transamerica |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 29, 2021

116114970.1

- 2 -