**SAO**
MICHAEL A. OLSEN, ESQ.
Nevada Bar No. 6076
THOMAS R. GROVER, ESQ.
Nevada Bar No. 12387
**BLACKROCK LEGAL, LLC**
10155 W. Twain Ave., Suite 100
Las Vegas, NV  89147
Telephone (702) 855-5658
Facsimile (702) 869-8243
mike@blackrocklawyers.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| SARA FOLEY, in her capacity as Administrator of the Estate of NOEL MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; TRANSAMERICA, et al.,<br><br>Defendants. | Case No:  2:21-cv-01538-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, SARA FOLEY, in her capacity as Administrator of the Estate of NOEL MARTINEZ ("Plaintiff"), by and through her counsel of record BLACKROCK LEGAL, LLC and Defendant, TRANSAMERICA, ("Defendant"), by and through their counsel of record LEWIS ROCA ROTHGERBER CHRISTIE LLP, that the parties stipulate to dismissing the above captioned matter, including all claims or causes of action contained therein, and with each of the parties to bear their own attorneys' fees and costs.

///

///

DATED 8/10/22

*Michael A. Olsen*
MICHAEL A. OLSEN, ESQ.
Nevada Bar No. 6076
10155 W. Twain Ave., Suite 100
Las Vegas, NV 89147
*Attorneys for Plaintiff*

DATED 8/9/2022

NICOLE G. TRUE, ESQ.
Nevada Bar No. 12879
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
*Attorneys for Transamerica*

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Case No. 2:21-cv-01538-RFB-EJY, which includes all claims or causes of action asserted therein by either SARA FOLEY, in her capacity as Administrator of the Estate of NOEL MARTINEZ and/or TRANSAMERICA, is dismissed with prejudice with each party to bear their own attorneys' fees and costs. The above stipulation is adopted as the Order of the Court.

## ORDER

ITS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of August, 2022.

Submitted by:

BLACKROCK LEGAL, LLC

*Michael A. Olsen*
MICHAEL A. OLSEN, ESQ.
Nevada Bar No. 6076
*Attorneys for Plaintiff*

2